NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE KEVIN W. LANG AND JAMES W. DIBBLE**

---

2013-1639

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in Serial No. 12/856,501.

---

**JUDGMENT**

---

JONATHAN D. BALL, Greenberg Traurig, LLP, of New York, New York, argued for appellants. Of counsel was RICHARD C. PETTUS.

JOSEPH G. PICCOLO, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were NATHAN K. KELLEY, Solicitor, and MICHAEL S. FORMAN, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| August 13, 2014 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |